IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>VENOCO, LLC, *ET AL.*[1],<br>　　　　　　　　　　　　　　Debtors.<br>EUGENE DAVIS, in his official capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br>　　　　　　　　　　　　　　Plaintiff,<br>　　　v.<br>STATE OF CALIFORNIA, and STATE LANDS COMMISSION,<br>　　　　　　　　　　　　　　Defendants. | Chapter 11<br>Case No. 17-10828 (KG)<br>(Jointly Administered)<br>JURY TRIAL DEMANDED<br><br>Adv. Proc. No. 18-50908 (KG)<br>**Relates to Adv. D.I. 34 & 35** |

## NOTICE OF APPEAL

The State of California (the "State") appeals under 28 U.S.C. § 158(a) from the *Opinion* (Docket No. 34) and *Order* (Docket No. 35) entered in the above-captioned bankruptcy case on the 2nd day of January, 2019, denying the State's motion to dismiss. A copy of the *Opinion* and *Order* are attached hereto as Exhibits 1 and 2, respectively.

The names of all parties to the order and telephone numbers of their respective attorneys are as follows:

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Venoco, LLC. (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors.") The mailing address for the Venoco Liquidating Trust, for purposes of these Chapter 11 cases, is: 5 Canoe Brook Drive, Livingston, NJ 07039.

1

| **Plaintiff Eugene Davis** | **Defendant California State Lands Commission** |
|---|---|
| Robert G. Burns<br>Robin J. Miles<br>Logan S. Kotler<br>BRACEWELL LLP<br>1251 Avenue of Americas, 49th Floor<br>New York, New York 10020-1104<br>Tel: (212) 508-6100<br>Robert.Burns@bracewell.com<br>Robin.Miles@bracewell.com<br>Logan.Kotler@bracewell.com | David M. Fournier<br>Kenneth A. Listwak<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Tel: (302) 777-6500<br>FournierD@pepperlaw.com<br>ListwakK@pepperlaw.com |
| Mark E. Dendinger<br>BRACEWELL LLP<br>CityPlace I, 34th Floor<br>185 Asylum Street<br>Hartford, Connecticut 06103<br>Tel: (860) 947-9000<br>Mark.Dendinger@bracewell.com | Judith W. Ross<br>Eric Soderlund<br>LAW OFFICES OF JUDITH W. ROSS<br>Plaza of the Americas<br>700 N. Pearl Street, Suite 1610<br>North Tower<br>Dallas, TX 75201<br>Tel: (214) 377-7879<br>Judith.Ross@judithwross.com<br>Eric.Soderlund@judithwross.com |
| Jason B. Hutt<br>BRACEWELL LLP<br>2001 M Street, NW<br>Washington, District of Columbia 20036<br>Tel: (202) 828-5800<br>Jason.Hutt@bracewell.com | |
| Robert J. Dehney<br>Andrew R. Remming<br>Matthew O. Talmo<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Tel: (302) 658-9200<br>RDehney@mnat.com<br>ARemming@mnat.com<br>MTalmo@mnat.com | |

Dated:  January 7, 2019  
Los Angeles, California

XAVIER BECERRA  
Attorney General of California  
CHRISTINA BULL ARNDT  
Supervising Deputy Attorney General

*/s/ Mitchell Rishe*

MITCHELL E. RISHE  
Deputy Attorney General  
*Counsel for the State of California*

## **CERTIFICATE OF SERVICE**

I, Mitchell E. Rishe, hereby certify that on the 7th day of January, 2019, I served or caused to be served the foregoing *Notice of Appeal* on the persons listed on the attached service list in the manner indicated therein.

/s/ *Mitchell Rishe*
Mitchell Rishe (Cal. Bar No. 193503)

**Venoco, LLC - Davis v. State of California, et al.**
**Adv. Proc. No. 18-50908-KG  Service List**

| | |
|---|---|
| *ATTORNEYS FOR PLAINTIFF:*<br><br>**By Email & Overnight Mail**<br>Robert G. Burns<br>Robin J. Miles<br>Logan S. Kotler<br>BRACEWELL LLP<br>1251 Avenue of Americas, 49th Floor<br>New York, New York 10020-1104<br>Robert.Burns@bracewell.com<br>Robin.Miles@bracewell.com<br>Logan.Kotler@bracewell.com<br><br>**By Email & Overnight Mail**<br>Mark E. Dendinger<br>BRACEWELL LLP<br>CityPlace I, 34th Floor<br>185 Asylum Street<br>Hartford, Connecticut 06103<br>Mark.Dendinger@bracewell.com<br><br>**By Email & Overnight Mail**<br>Jason B. Hutt<br>BRACEWELL LLP<br>2001 M Street, NW<br>Washington, District of Columbia 20036<br>Jason.Hutt@bracewell.com<br><br>**By Email & Overnight Mail**<br>Robert J. Dehney<br>Andrew R. Remming<br>Matthew O. Talmo<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>RDehney@mnat.com<br>ARemming@mnat.com<br>MTalmo@mnat.com | *ATTORNEYS FOR CALIFORNIA STATE LANDS COMMISSION*:<br><br>**By Email & Overnight Mail**<br>David M. Fournier<br>Kenneth A. Listwak<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>FournierD@pepperlaw.com<br>ListwakK@pepperlaw.com<br><br>**By Email & Overnight Mail**<br>Judith W. Ross<br>Eric Soderlund<br>LAW OFFICES OF JUDITH W. ROSS<br>Plaza of the Americas<br>700 N. Pearl Street, Suite 1610<br>North Tower<br>Dallas, TX 75201<br>Judith.Ross@judithwross.com<br>Eric.Soderlund@judithwross.com |