IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE VENOCO, LLC, *et al.*, | : | Chapter 11 |
| | : | Bankr. No. 17-10828-JTD |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| STATE OF CALIFORNIA, | : | Civ. No. 19-mc-07-CFC |
| | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| EUGENE DAVIS, in his capacity as | : | |
| Liquidating Trustee of the Venoco | : | |
| Liquidating Trust, | : | |
| Appellee. | : | |

---

| | | |
|---|---|---|
| CALIFORNIA STATE LANDS COMMISSION, | : | Civ. No. 19-mc-11-CFC |
| | : | |
| | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| EUGENE DAVIS, in his capacity as | : | |
| Liquidating Trustee of the Venoco | : | |
| Liquidating Trust, | : | |
| Appellee. | : | |

---

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED:

1.    The Bankruptcy Court's determination in *In re Venoco, LLC*, 596 B.R.

480 (Bankr. D. Del. 2019), that the Complaint is not barred by sovereign immunity under the Eleventh Amendment is AFFIRMED.

2.    The Clerk is directed to CLOSE Civ. Nos. 19-mc-07-CFC, 19-mc-11-CFC, and 19-463-CFC.

Entered this Third day of January 2020.

_____
UNITED STATES DISTRICT JUDGE