IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE VENOCO, LLC, *et al.*, | : | Chapter 11 |
| | : | Bankr. No. 17-10828 (KG) |
| Debtors. | : | (Jointly Administered) |

| | | |
|---|---|---|
| STATE OF CALIFORNIA, | : | Civ. No. 19-mc-07-CFC |
| | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| EUGENE DAVIS, in his capacity as | : | |
| Liquidating Trustee of the Venoco | : | |
| Liquidating Trust, | : | |
| Appellee. | : | |

| | | |
|---|---|---|
| CALIFORNIA STATE LANDS | : | Civ. No. 19-mc-11-CFC[4] |
| COMMISSION, | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| EUGENE DAVIS, in his capacity as | : | |
| Liquidating Trustee of the Venoco | : | |
| Liquidating Trust, | : | |
| Appellee. | : | |

## ORDER

At Wilmington this 17th day of January in 2020:

---

[4] Civ. No. 19-463-CFC was opened as an administrative matter relating to the joint mediation of the above-captioned appeals and therefore involves no appeal or appellant separate from the appeals filed at Civ. No. 19-mc-07-CFC (D.I. 1) and Civ. No. 19-mc-11-CFC (D.I. 1).

ii

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that the Emergency Motion of Appellants State of California and California State Lands Commission For Stay Pending Appeal (D.I. 46) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE