October 14, 2021

**VIA EMAIL**
The Honorable John T. Dorsey
United States Bankruptcy Court for the District of Delaware
824 N Market St
5th Floor, Courtroom 5
Wilmington, Delaware 19801

    Re:  *Davis v. California (In re Venoco LLC)*, Adv. Proc. No. 18-50908 (JTD)

Dear Judge Dorsey:

    The parties to the above-referenced adversary proceeding—the Liquidating Trustee of the Venoco Liquidating Trust, the California State Lands Commission, and the State of California—appeared before the Court on October 6, 2021 to provide an update regarding the status of the case and the parties' progress in working out a scheduling order.  The parties have made significant progress toward an agreed schedule, but submission of a proposed order has been delayed by the need to reconcile the discovery needs of the case with an expedited litigation schedule.

    The parties are currently engaged in good faith discussions to reach agreement regarding the scope of document discovery.  We hope to file an agreed scheduling order in the very near future, but we wanted to provide the Court with this update in light of the time that has elapsed since the October 6 status conference.

Respectfully,

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
|---|---|
| */s/ Andrew R. Remming* | */s/ David M. Fournier* |
| Andrew R. Remming | David M. Fournier |
| *Counsel for the Liquidating Trustee* | *Counsel for the California State Lands Commission* |

**DELAWARE DEPARTMENT OF JUSTICE**

*/s/ Edward K. Black*
Edward K. Black
*Counsel for the State of California*

cc:    Mark E. Dendinger, Esq. (via email)
        Steven S. Rosenthal, Esq. (via email)
        Mitchell E. Rishe, Esq. (via email)