## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VENOCO, LLC, *et al.*,[1] | Case No. 17-10828 (JTD) |
| Debtors. | (Jointly Administered) |
| EUGENE DAVIS, in his official capacity as Liquidating Trustee of the Venoco Liquidating Trust, | Adv. Proc. No. 18-50908 (JTD) |
| Plaintiff, | |
| v. | |
| STATE OF CALIFORNIA and CALIFORNIA STATE LANDS COMMISSION, | |
| Defendants. | |

## LIQUIDATING TRUSTEE'S NOTICE OF DEPOSITION OF
## LARRY HUSKINS

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, and Delaware Bankruptcy Local Rule 7030-1, Eugene Davis as Liquidating Trustee of the Venoco Liquidating Trust, will take the deposition upon oral examination of Larry Huskins, on December 3, 2021, at 12:00 p.m. ET, or such other date and time as shall be agreed upon by the parties, and continuing until completed.

This deposition will take place before a Notary Public or other person authorized by law to administer oaths.  The deposition will take place via videoconference.  The deposition will be

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: Venoco, LLC. (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors.") The mailing address for the Venoco Liquidating Trust, for purposes of these Chapter 11 cases, is: 5 Canoe Brook Drive, Livingston, NJ 07039.

recorded by stenographic means, and may also be recorded by audio or audiovisual means. The deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Rules for the Bankruptcy Court of the District of Delaware. The deposition is being taken for discovery, for use at any evidentiary hearing or trial, or for any purposes that are permitted by law or under the rules of this Court.

Dated: December 2, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: rdehney@morrisnichols.com
aremming@morrisnichols.com
mtalmo@morrisnichols.com

- and –

**BRACEWELL LLP**
Robert G. Burns (admitted *pro hac vice*)
1251 Avenue of Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6100
Email: Robert.Burns@bracewell.com

- and –

Mark E. Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Email: Mark.Dendinger@bracewell.com

- and-

Jason B. Hutt (admitted *pro hac vice*)

Brittany M. Pemberton (admitted *pro hac vice*)
2001 M Street, NW
Washington, District of Columbia 20036
Telephone: (202) 828-5850
Email: Jason.Hutt@bracewell.com
Brittany.Pemberton@bracewell.com

- and –

Bryan S. Dumesnil (admitted *pro hac vice*)
Nancy McEvily Davis (admitted *pro hac vice*)
711 Lousiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 221-1520
Email: Bryan.Dumesnil@bracewell.com
Nancy.Davis@bracewell.com

*Counsel for the Liquidating Trustee*