## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VENOCO, LLC, *et al.*,<br><br>          Debtors.[1] | Chapter 11<br><br>Case No. 17-10828 (JTD)<br><br>(Jointly Administered) |
| EUGENE DAVIS, in his capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br><br>          Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA STATE LANDS COMMISSION,<br><br>          Defendants. | Adv. Proc. No. 18-50908 (JTD) |

### AMENDED NOTICE OF DEPOSITION OF JENNIFER LUCCHESI

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure ("FRCP") 26 and 30, made applicable to these proceedings by Federal Rules of Bankruptcy Procedure 7026 and 7030, and rules 7026-1, 7026-2 and 7030-1 of the Local Rules of Bankruptcy Practice and Procedure, the Liquidating Trustee (Plaintiff in the above-captioned adversary proceeding) will take the deposition upon oral examination of **Jennifer Lucchesi,** in her individual capacity and as a corporate representative designated pursuant to FRCP 30(b)(6) by the State of California and the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, were: Venoco, LLC (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812) (collectively, prior to filing these chapter 11 cases, "Venoco," and during the pendency of these chapter 11 cases, the "Debtors"). The mailing address for the Venoco Liquidating Trust, for purposes of these chapter 11 cases, is: 5 Canoe Brook Drive, Livingston, NJ 07039.

California State Lands Commission as having knowledge of the subjects described in the attached

**Schedule A**. The deposition will be taken on **Tuesday, December 21, 2021 beginning at 9:00**

**a.m. Pacific / 11 a.m. Central / Noon Eastern** remotely via Zoom or other videoconference

technology.  The deposition will be conducted before a notary public or another person authorized

to administer oaths in accordance with and for all purposes permissible under the Federal Rules of

Civil Procedure and will be recorded by stenographic, audio, and/or videographic means.


Dated: December 17, 2021          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
      Wilmington, DE

                                     */s/ Andrew R. Remming*
                                     Robert J. Dehney (No. 3578)
                                     Andrew R. Remming (No. 5120)
    Matthew O. Talmo (No. 6333)
    1201 North Market Street, 16th Floor
    P.O. Box 1347
    Wilmington, Delaware 19899
    Telephone: (302) 658-9200
    Facsimile: (302) 658-3989
    rdehney@mnat.com
    aremming@mnat.com
    mtalmo@mnat.com
        -and-
    **HILL, FARRER & BURRILL LLP**
    Kevin H. Brogan (admitted *pro hac vice*)
    One California Plaza
    300 So. Grand Avenue, 37th Floor
    Los Angeles, CA 90071-3147
    Telephone: (213) 620-0460
    Facsimile: (213) 624-4840
    kbrogan@hfbllp.com
        -and-
    **BRACEWELL LLP**
    Robert G. Burns (admitted *pro hac vice*)
    1251 Avenue of Americas, 49th Floor
    New York, New York 10020-1104
    Telephone: (212) 508-6100
    Facsimile: (212) 508-6101
    Robert.Burns@bracewell.com
        -and-
    Mark E. Dendinger (admitted *pro hac vice*)

CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Mark.Dendinger@bracewell.com
     -and-
Jason B. Hutt (admitted *pro hac vice*)
Brittany M. Pemberton (admitted *pro hac vice*)
2001 M Street, NW
Washington, District of Columbia 20036
Telephone: (202) 828-5850
Facsimile: (202) 857-2114
Jason.Hutt@bracewell.com
     -and-
Bryan S. Dumesnil (admitted *pro hac vice*)
Nancy McEvily Davis (admitted *pro hac vice*)
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713)-221-1520
Bryan.Dumesnil@bracewell.com
Nancy.Davis@bracewell.com

*Counsel for Plaintiff*