IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VENOCO, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-10828 (JTD)<br><br>(Jointly Administered) |
| EUGENE DAVIS, in his capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA STATE LANDS COMMISSION,<br><br>Defendants. | Adv. Proc. No. 18-50908 (JTD) |

## AMENDED NOTICE OF 30(b)(6) DEPOSITION OF PLAINTIFF

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure ("FRCP") 26 and 30, made applicable to these proceedings by Federal Rules of Bankruptcy Procedure 7026 and 7030, and rules 7026-1, 7026-2 and 7030-1 of the Local Rules of Bankruptcy Practice and Procedure, the California State Lands Commission (defendant in the above-captioned adversary proceeding) will take the deposition upon oral examination of Eugene Davis, in his capacity as the Liquidating Trustee of the Venoco Liquidating Trust ("Plaintiff" or "Trustee"), pursuant to FRCP 30(b)(6), through any officers, directors, managing agents, or other persons who consent to testify

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Venoco, LLC (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors"'). The mailing address for the Venoco Liquidating Trust, for purposes of these Chapter 11 cases, is 5 Canoe Brook Drive, Livingston, NJ 07039.

21503487.2
232604-10001

on the Plaintiff's behalf, and designated by the Plaintiff as having knowledge of the subjects described in the attached **Schedule A**. The deposition will be taken on January 3, 2022 at 10:00 a.m. (prevailing Eastern Time) and will be conducted remotely via Zoom. The deposition will be conducted before a notary public or another person authorized to administer oaths in accordance with and for all purposes permissible under the Federal Rules of Civil Procedure and will be recorded by stenographic, audio, and/or videographic means.

| | |
|---|---|
| Dated: December 23, 2021 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Wilmington, Delaware | */s/ Kenneth A. Listwak* |
| | David M. Fournier (DE No. 2812) |
| | Joanna J. Cline (DE No. 5873) |
| | Kenneth A. Listwak (DE No. 6300) |
| | Hercules Plaza |
| | 1313 Market Street, Suite 5100 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 777-6500 |
| | Email: david.fournier@troutman.com |
| | joanna.cline@troutman.com |
| | ken.listwak@troutman.com |

-and-

Steven S. Rosenthal (admitted *pro hac vice*)
Marc S. Cohen (admitted *pro hac vice*)
J.D. Taliaferro (admitted *pro hac vice*)
Alicia M. Clough (admitted *pro hac vice*)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 788-2000
Email: srosenthal@loeb.com
mscohen@loeb.com
jtaliaferro@loeb.com
aclough@loeb.com

*Co-Counsel to California State Lands Commission*