# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VENOCO, LLC, *et al.*[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 17-10828 (JTD)<br><br>(Jointly Administered) |
| EUGENE DAVIS, in his official capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br><br>                      Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA STATE LANDS COMMISSION,<br><br>                    Defendants. | Adv. Proc. No. 18-50908 (JTD) |

## NOTICE OF DEPOSITION OF LOIS MANNON

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to these proceedings by Federal Rules of Bankruptcy Procedure 7026 and 7030, and Rules 7026-1, 7026-2 and 7030-1 of the Local Rules of Bankruptcy Practice and Procedure, the California State Lands Commission (defendant in the above-captioned adversary proceeding) will take the deposition upon oral examination of Lois Mannon in the above-captioned adversary proceeding. The deposition will be taken on Wednesday, January 5, 2022, at 11:00 a.m. (prevailing Eastern Time) and will be conducted remotely via Zoom. The deposition will be conducted before a notary public or another person authorized to administer oaths in accordance

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Venoco, LLC. (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors.") The mailing address for the Venoco Liquidating Trust, for purposes of these Chapter 11 cases, is: 5 Canoe Brook Drive, Livingston, NJ 07039.

21587617.5
232604-10001

with and for all purposes permissible under the Federal Rules of Civil Procedure and will be recorded by stenographic, audio, and/or videographic means.

| | |
|---|---|
| Dated: December 30, 2021 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Wilmington, Delaware | /s/ Kenneth A. Listwak |

David M. Fournier (DE No. 2812)
Joanna J. Cline (DE No. 5873)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email:  david.fournier@troutman.com
           joanna.cline@troutman.com
           ken.listwak@troutman.com

-and-

Steven S. Rosenthal (admitted *pro hac vice*)
Marc S. Cohen (admitted *pro hac vice*)
J.D. Taliaferro (admitted *pro hac vice*)
Alicia M. Clough (admitted *pro hac vice*)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 788-2000
Email:  srosenthal@loeb.com
           mscohen@loeb.com
           jtaliaferro@loeb.com
           aclough@loeb.com

*Co-Counsel to California State Lands Commission*