# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VENOCO, LLC, *et al.*,[1] | Case No. 17-10828 (JTD) |
| Debtors. | (Jointly Administered) |
| EUGENE DAVIS, in his official capacity as Liquidating Trustee of the Venoco Liquidating Trust, | Adv. Proc. No. 18-50908 (JTD) |
| Plaintiff, | |
| v. | |
| STATE OF CALIFORNIA and CALIFORNIA STATE LANDS COMMISSION, | |
| Defendants. | |

**ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the *Stipulation Regarding Briefing Schedule for Defendants' Motion for Summary Judgment* (the "Stipulation"),[2] and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further or other notice of the Stipulation need be given, except as provided for herein, it is hereby ORDERED that:

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: Venoco, LLC. (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors.") The mailing address for the Venoco Liquidating Trust, for purposes of these Chapter 11 cases, is: 5 Canoe Brook Drive, Livingston, NJ 07039.

[2] Undefined terms used herein shall have the meanings ascribed to them in the Stipulation.

1. The Stipulation is approved.

2. Plaintiff shall have through and including January 13, 2022 to file and serve his answering brief in response to the MSJ.

3. The Defendants shall have through and including January 24, 2022 to file and serve their reply brief in support of the MSJ.

4. The Parties shall work together to schedule a hearing on the MSJ if the Court desires oral argument.

**Dated: January 10th, 2022**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE