**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VENOCO, LLC., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10828 (JTD)<br><br>(Jointly Administered) |
| EUGENE DAVIS, in his official capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA STATE LANDS COMMISSION,<br><br>Defendants. | Adv. Proc. No. 18-50908 (JTD) |

**AFFIDAVIT OF KEITH WENAL IN SUPPORT OF THE CALIFORNIA STATE LANDS COMMISSION'S RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Keith Wenal, declare as follows:

1. I am the Chief Compliance Officer of Beacon West Energy Group, LLC ("Beacon West"), which is the contractor retained by the California State Lands Commission (the "Commission") in connection with operating the Ellwood Onshore Facility (the "EOF"). I am over the age of eighteen years and am competent to testify to the matters set forth herein. I have

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Venoco, LLC. (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors.") The mailing address for the Venoco Liquidating Trust, for purposes of these Chapter 11 cases, is: 5 Canoe Brook Drive, Livingston, NJ 07039.

personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify to these facts in any judicial proceeding. I make this Affidavit in support of the Commission's *Response to Plaintiff's Opposition to Defendants' Motion for Summary Judgement* filed contemporaneously herewith (the "Response"). Capitalized terms not defined herein shall have the same meaning ascribed to them in the Response.

2. I have more than 30 years of experience working in Wyoming, Texas, and California onshore and offshore oil and gas E&P (exploration and production) operations. I hold a certification in process safety management from the University of Southern California School of Engineering. I also hold certifications from the American Association of Safety Processionals in several areas, including hydrogen sulfide ("H$_2$S") safety, regulatory safety, environmental safety, and industrial hygiene. I also hold OSHA (Occupational Safety and Health Administration) certifications related to construction certification and facility certifications, HAZOP (Hazard and Operability Analysis) certifications, and FEMA (Federal Emergency Management Agency) emergency response certifications 100, 200, 300, and 700.

3. I am the Chief Compliance Officer of Beacon West Energy Group, LLC ("Beacon West"). Beacon West is the oil and gas contractor that was retained by the Commission to: (1) conduct the continued safe operation of the Debtor's Ellwood Facilities (including the EOF), and (2) support Plug & Abandonment ("P&A") activities of the 30 wells on Platform Holly and two "onshore" wells in the surf zone accessible from the EOF.

4. Beacon West has been providing these services since the time of its retention, effective as of September 1, 2017. Prior to this time, the EOF was operated by the Debtor.

5. As the HSE Manager for Venoco, I had personal knowledge of the SBAPCD Abatement Order [99-6A], addressing H2S monitoring and compliance, and the permanent

2

inclusion of Abatement Order 99-6A into the City of Goleta Land Use Permit that dictated the legal non-conforming use and operation of the EOF. The Goleta LUP, through required emergency plans, required operators on-site, 24/7, at the EOF to protect the public health and safety, as well as the environment, from the inherent risks associated with an oil and gas processing facility that processes $H_2S$ laden oil and gas. Following the Debtor's quitclaiming of its leases, Platform Holly lacked adequate staffing, such that in the event of an emergency on the platform – including an oil spill – there would not have been personnel in place who would be capable of initiating a response in a timely fashion. Moreover, as of the Debtor's quitclaiming of its leases, annular oil and gas continued to migrate to the surface, at Platform Holly, with very high concentrations of $H_2S$, such that it was necessary for an operator to oversee and control well pressures in accordance with various permit and regulatory requirements. Initially, the Commission retained personnel of the Debtor to remain on-site at Platform Holly and the EOF to ensure that there was sufficient staffing to manage the gas off the platform and incinerate it so that a release of $H_2S$ gas does not reach lethal potential. However, this arrangement was temporary, and the Commission announced a Request for Solicitation of Statements of Interest in order to hire its own contractor to continue providing the necessary personnel and operating services. Following a solicitation and competitive bid process, Beacon West was selected and hired as the Commission's contractor.

6. Prior to joining Beacon West, I was employed by Venoco, Inc. (the Debtor), for 15 years and held the title of Health, Safety, and Environmental ("HSE") Manager from 2010 to 2017. As the HSE Manager, I was responsible for environmental compliance and spill reporting, including HSE reporting at the EOF. I transitioned from my role at Venoco and moved to Beacon West in or around September 2017.

21762205.2
232604-10001

7. Based on my 30+ years of experience in the oil and gas industry, including my years as the HSE Manager of the Debtor, I have extensive knowledge regarding $H_2S$, as well as the health and safety risks associated with operating an oil and gas facility that has very high concentrations of $H_2S$.

8. $H_2S$ is a colorless gas known for its pungent "rotten egg" odor at low concentrations. It is extremely flammable and highly toxic. At high concentrations, $H_2S$ can be lethal to humans. $H_2S$ is heavier than air and may travel along the ground. $H_2S$ can also build up in low-lying areas and in confined spaces (including enclosed, poorly ventilated areas, such as manure pits, sewers, manholes, and underground vaults). At certain high concentrations, individuals will lose the sense of smell and can no longer ascertain that H2S is present. As a result, $H_2S$ can quickly, almost immediately, overcome unprepared workers, including rescue workers. The health effects of $H_2S$ exposure depend on how much $H_2S$ an individual breathes and for how long. However, it is possible for effects of $H_2S$ exposure to be seen even at low concentrations. Effects range from mild headaches or eye irritation, to very serious headaches or eye irritation, unconsciousness, and death.

9. $H_2S$ has an IDLH (Immediately Dangerous to Life and Health) level of 100 ppm. It has an OSHA short-term exposure limit of 10 ppm. This means that any release of $H_2S$, even at these very low levels, could be very harmful, if not lethal.

10. Due to the potential risks associated with $H_2S$, facilities such as the EOF and Platform Holly have $H_2S$ detection, monitoring, and alarm systems in place. At the EOF, there are 29 fixed fenceline $H_2S$ monitors, internal facility $H_2S$ combustible gas detectors, as well as fire detectors. These safety mechanisms are necessary and required by law to detect any potential releases of $H_2S$. It is required by APCD and the Goleta LUP that personnel be on site 24 hours a

4

day, 365 days per year, to ensure that a response to an H₂S release is immediately undertaken. On average, since 2017, the EOF has been continuously staffed with a minimum of 1 supervisor and 1-2 operators.

11. Based on my experience, the EOF has historically been operated safely and has not had an incident related to a release of H₂S that impacted worker safety. However, the safe operation of the EOF is attributable to the continual presence of an operator on-site at the facility. If Beacon West – or another qualified operator – were not continuously present on the EOF, there would be an increased potential for a release impacting human health and safety in the area surrounding the EOF.

12. As the former HSE Manager for the Debtor, and as the current Chief Compliance Officer of Beacon West, I have overseen compliance with the requirements imposed by local and State regulatory agencies in connection with the operation of the EOF. I have overseen the permit application process regarding the permits necessary to operate the EOF, including the air permit issued by the Santa Barbara County Air Pollution Control District (the "SBCAPCD").

13. I was responsible for applying for the EOF air permit in both 2018 and 2021. In 2018, the fee to renew the air permit was $176,875. In 2021, the fee to renew the air permit was $58,567. The fee decreased from 2018 to 2021 because the Commission and Beacon West do not need much of the equipment at the EOF to support P&A activities, and therefore have no need to obtain an air permit to operate the unused and unnecessary equipment.

14. I am also very familiar with the interrelated infrastructure of the EOF and Platform Holly. Oil and gas produced from Platform Holly's wells was historically transported to the EOF via subsea pipeline and processed at the EOF. After the Plains Pipeline rupture in May 2015, the Debtor's oil and gas that used to be transported to the EOF was stranded. All production was

stopped at that point. There has not been any meaningful production from Platform Holly through the EOF since that time. However, because of a failure of the cement in the casing of multiple wells at Platform Holly, there is still annular oil and gas – also referred to as "fugitive" oil and gas – that comes to the surface at the platform and has to be sent to the EOF for treatment. It is vital that this annular oil and gas still be processed at the EOF, otherwise well and/or production system pressures will build to unsafe conditions potentially resulting in a gas or oil release to the environment. If the annular gasses were not processed at the EOF, they would have to be flared at Platform Holly. However, the air permit issued by the SBCAPCD only allows for the flaring of gas at Platform Holly under specific unplanned emergency conditions, but under no circumstances can gas be vented uncontrolled to the atmosphere. If the gas was not managed correctly (controlled, treated or incinerated) at the EOF the gas could be released either at Platform Holly or the EOF resulting in regulatory violations and impacts to environmental health and human health and safety.

15. The infrastructure on Platform Holly cannot treat or address the H2S gas, Platform Holly is permitted by the Santa Barbara Air Pollution Control District to flare H2S gas, in an unplanned emergency, but not continually or frequently and must be mitigated to prevent recurrence. Inefficient burning of H2S gas results in another lethal chemical byproduct, sulfur dioxide ("SO2"). The currently existing process is for all gas to be transported to the EOF for treatment.

16. The Platform Holly P&A work was delayed as a result of the COVID-19 global pandemic starting in the spring of 2020. P&A work on the platform commenced in October 2021 and is expected to finish by October 2023.

///

I, Keith Wenal, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January __, 2022 in C, California

_____
Keith Wenal

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___SANTA BARBARA___

Subscribed and sworn to (or affirmed) before me on this __27__ day of __JANUARY__, 20 _22_

by ___KEITH WENAL___,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

DIANA CHRISTINE ORNELAS
Notary Public - California
Santa Barbara County
Commission # 2307845
My Comm. Expires Nov 1, 2023

_Diana Christine Ornelas_
Signature

7

21762205.2
232604-10001