# EXHIBIT 1

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VENOCO, LLC, *et al.* [1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 17-10828 (JTD)<br><br>(Jointly Administered) |
| EUGENE DAVIS, in his official capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br><br>                            Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA STATE LANDS COMMISSION,<br><br>                            Defendants. | Adv. Proc. No. 18-50908 (JTD)<br><br>**Re: Adv. Proc. D.I. 195 and \_\_\_** |

### ORDER GRANTING THE DEFENDANTS' MOTION TO SEAL EXHIBIT B TO THE DECLARATION OF JOHN DAVID TALIAFERRO IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF KATHY SPLETTER

Upon the motion (the "Motion to Seal")[2] of the Defendants for entry of an order (this "Order") pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d); and due, sufficient, and proper notice of the Motion to Seal having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having reviewed the

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Venoco, LLC. (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors.") The mailing address for the Venoco Liquidating Trust, for purposes of these Chapter 11 cases, is: 5 Canoe Brook Drive, Livingston, NJ 07039.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Seal.

#124091094 v5

Motion to Seal and the responses thereto, if any; and the Court having found and determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED as set forth herein.

2. The Defendants are authorized to file under seal Exhibit B to the *Declaration of John David Taliaferro in Support of Defendants' Motion to Exclude Expert Report and Testimony of Kathy Spletter* docketed at Adv. Proc. D.I. 195 (such Exhibit B, the "Sealed Material").

3. The Clerk of the Court is instructed to seal Exhibit B to Adv. Proc. D.I. 195 on the docket of this adversary proceeding.

4. The Sealed Material shall not be made available to anyone, except to the Court and other parties in interest as may be ordered or otherwise required by the Court, and all parties receiving the Sealed Material shall maintain its confidentiality, including in connection with any pleadings filed with this Court.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Defendants are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.