# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VENOCO, LLC,<br><br>                        Liquidating Debtor. | Chapter 11<br><br>Case No. 17-10828 (JTD) |
| EUGENE DAVIS, in his capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA STATE LANDS COMMISSION,<br><br>                        Defendants. | Adv. Pro. No. 18-50908 (JTD) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## PRETRIAL CONFERENCE ON MARCH 2, 2022, AT 10:00 A.M. (EASTERN TIME)

**This remote pretrial conference will be conducted entirely over Zoom. All participants must register in advance.**

**COURTCALL WILL NOT BE USED FOR THE PRETRIAL CONFERENCE.**

**Please use the following link to register for the pretrial conference:**

https://debuscourts.zoomgov.com/meeting/register/vJIscOugqz8vHP8opMoGoc6SWK8c_q8gfg4

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the pretrial conference.**

**Topic: In re Venoco, LLC**

**Time: March 2, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

Adversary Proceeding: Eugene Davis, in his capacity as Liquidating Trustee of the Venoco Liquidating Trust, v. State of California, and California State Lands Commission; Adv. Pro. No. 18-50908.

1. Final Pretrial Conference.

    Related Documents:

    a) [SEALED] Notice of Agreed Final Pretrial Order (A.D.I. 242, filed 02/24/2022); and

    b) Notice of Errata Regarding Exhibit to Agreed Final Pretrial Order (A.D.I. 245, filed 02/25/2022).

    Status: This matter is going forward.

2. Defendants' Motion to Exclude Expert Report and Testimony of Nicolas Serieys (A.D.I. 191, filed 01/31/2022).

    Objection Deadline: February 14, 2022 at 11:59 p.m. (ET).

    Responses Received:

    a) [SEALED] The Liquidating Trustee's Response to Defendants' Motion to Exclude Expert Report and Testimony of Nicolas Serieys (A.D.I. 214, filed 02/14/2022).

    Related Documents:

    a) Declaration of John David Taliaferro in Support of Defendants' Motion to Exclude Expert Report and Testimony of Nicolas Serieys (A.D.I. 192, filed 01/31/2022);

    b) Notice of Unsealed Version of (I) the Liquidating Trustee's Response to Defendants' Motion to Exclude Expert Report and Testimony of Nicolas Serieys and (II) the Liquidating Trustee's Response to Defendants' Motion to Exclude Report and Testimony of Kathy Spletter (A.D.I. 228, filed 02/17/2022); and

    c) Defendants' Reply in Further Support of their Motion to Exclude Expert Report and Testimony of Nicolas Serieys (A.D.I. 236, filed 02/22/2022).

    Status: This matter is going forward.

3. [SEALED] Defendants' Motion to Exclude Expert Report and Testimony of Kathy Spletter (A.D.I. 193, filed 01/31/2022).

    Objection Deadline: February 14, 2022 at 11:59 p.m. (ET).

Responses Received:

a) [SEALED] The Liquidating Trustee's Response to Defendants' Motion to Exclude Report and Testimony of Kathy Spletter (A.D.I. 215, filed 02/14/2022).

Related Documents:

a) [SEALED] Declaration of John David Taliaferro in Support of Defendants' Motion to Exclude Expert Report and Testimony of Kathy Spletter (A.D.I. 195, filed 01/31/2022);

b) [SEALED] Declaration of Kathy Spletter (A.D.I. 216, filed 02/14/2022);

c) Notice of Filing of Proposed Redacted Version of the Declaration of Kathy Spletter (A.D.I. 225, filed 02/17/2022);

d) Motion to File Under Seal Exhibit to the Declaration of Kathy Spletter (A.D.I. 226, filed 02/17/2022);

e) Notice of Unsealed Version of (I) the Liquidating Trustee's Response to Defendants' Motion to Exclude Expert Report and Testimony of Nicolas Serieys and (II) the Liquidating Trustee's Response to Defendants' Motion to Exclude Report and Testimony of Kathy Spletter (A.D.I. 228, filed 02/17/2022);

f) Notice of Filing Proposed Redacted Document (A.D.I. 230, filed 02/18/2022);

g) Defendants' Motion to Seal Exhibit B to the Declaration of John David Taliaferro in Support of Defendants' Motion to Exclude Expert Report and Testimony of Kathy Spletter (A.D.I. 231, filed 02/18/2022);

h) [SEALED] Defendants' Reply in Further Support of their Motion to Exclude Expert Report and Testimony of Kathy Spletter (A.D.I. 235, filed 02/22/2022); and

i) Notice of Filing of Unsealed Version of Defendants' Reply in Further Support of their Motion to Exclude Expert Report and Testimony of Kathy Spletter (A.D.I. 244, filed 02/25/2022).

Status: This matter is going forward.

4. Defendants' Motion to Exclude Expert Report and Testimony of David Goesling (A.D.I. 196, filed 01/31/2022).

Objection Deadline: February 14, 2022 at 11:59 p.m. (ET).

Responses Received:

a) The Liquidating Trustee's Response to Defendants' Motion to Exclude Expert Report and Testimony of David Goesling (A.D.I. 213, filed 02/14/2022).

Related Documents:

a) Affidavit of Marc Cohen in Support of the California State Lands Commission's Motion to Strike or Exclude Expert Testimony of David K. Goesling (A.D.I. 198, filed 01/31/2022); and

b) Defendants' Reply in Further Support of their Motion to Exclude Expert Report and Testimony of David Goesling (A.D.I. 240, filed 02/23/2022).

Status: This matter is going forward.

5. The Liquidating Trustee's Motion to Exclude Expert Report and Testimony of Timothy G. Skillman (A.D.I. 197, filed 01/31/2022).

Objection Deadline: February 14, 2022 at 11:59 p.m. (ET).

Responses Received:

a) Defendants' Opposition to the Liquidating Trustee's Motion to Exclude Expert Testimony of Timothy G. Skillman (A.D.I. 211, filed 02/14/2022);

Related Documents:

a) The Liquidating Trustee's Brief in Support of his Motion to Exclude Testimony and Evidence from Timothy Skillman (A.D.I. 199, filed 01/31/2022);

b) Declaration of Alicia Clough in Support of Defendants' Opposition to the Liquidating Trustee's Motion to Exclude Expert Testimony of Timothy G. Skillman (A.D.I. 212, filed 02/14/2022);

c) Notice of Errata to Defendants' Opposition to the Liquidating Trustee's Motion to Exclude Expert Testimony of Timothy G. Skillman (A.D.I. 229, filed 02/18/2022); and

d) The Liquidating Trustee's Reply Brief in Support of His Motion to Exclude Testimony and Evidence from Timothy Skillman (A.D.I. 234, filed 02/22/2022).

Status: This matter is going forward.

6. [SEALED] The Liquidating Trustee's Motion in Limine to Exclude Testimony of David Harris (A.D.I. 242, Exhibit C-1, filed 02/24/2022).[1]

Objection Deadline: February 22, 2022 at 11:59 p.m. (ET).

---

[1] The motions in limine that are agenda item numbers 6 and 7, and the related responses and replies (except for the reply in support of agenda item number 7), are exhibits to the proposed Final Pretrial Order (A.D.I. 242) and are not separately filed on the Court's docket.

Responses Received:

a) [SEALED] California State Lands Commission's Response in Opposition to the Liquidating Trustee's Motion in Limine to Exclude Testimony of David Harris (A.D.I. 242, Exhibit C-2, filed 02/24/2022).

Related Documents:

a) [SEALED] The Liquidating Trustee's Reply in Support of Motion in Limine to Exclude Testimony of David Harris (A.D.I. 242, Exhibit C-3, filed 02/24/2022).

Status: This matter is going forward.

7. [SEALED] The Liquidating Trustee's Motion in Limine to Exclude Evidence and Testimony Concerning Remediation and Decommissioning (A.D.I. 242, Exhibit D-1, filed 02/24/2022).

Objection Deadline: February 22, 2022 at 11:59 p.m. (ET).

Responses Received:

a) [SEALED] California State Lands Commission's Response in Opposition to the Liquidating Trustee's Motion in Limine to Exclude Evidence and Testimony Concerning Remediation and Decommissioning (A.D.I. 242, Exhibit D-2, filed 02/24/2022).

Related Documents:

a) The Liquidating Trustee's Reply in Support of Motion in Limine to Exclude Evidence and Testimony Concerning Remediation and Decommissioning (A.D.I. 245, Exhibit A, filed 02/25/2022).

Status: This matter is going forward.

Date: February 28, 2022
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@morrisnichols.com
aremming@morrisnichols.com
mtalmo@morrisnichols.com

       -and-
**HILL, FARRER & BURRILL LLP**
Kevin H. Brogan (admitted *pro hac vice*)
One California Plaza
300 So. Grand Avenue, 37th Floor
Los Angeles, California 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 624-4840
kbrogan@hfbllp.com
       -and-
**BRACEWELL LLP**
Robert G. Burns (admitted *pro hac vice*)
1251 Avenue of Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6100
Facsimile: (212) 508-6101
Robert.Burns@bracewell.com
       -and-
Mark E. Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Mark.Dendinger@bracewell.com
       -and-
Jason B. Hutt (admitted *pro hac vice*)
Brittany M. Pemberton (admitted *pro hac vice*)
2001 M Street, NW
Washington, District of Columbia 20036
Telephone: (202) 828-5850
Facsimile: (202) 857-2114
Jason.Hutt@bracewell.com
       -and-
Bryan S. Dumesnil (admitted *pro hac vice*)
Nancy McEvily Davis (admitted *pro hac vice*)
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713)-221-1520
Bryan.Dumesnil@bracewell.com
Nancy.Davis@bracewell.com

*Counsel for the Liquidating Trustee*