IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VENOCO, LLC,<br><br>Liquidating Debtor.[1] | Chapter 11<br><br>Case No. 17-10828 (JTD)<br><br>(Jointly Administered) |
| EUGENE DAVIS, in his official capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA STATE LANDS COMMISSION,<br><br>Defendants. | Adv. Proc. No. 18-50908 (JTD)<br><br>**Re: Adv. Proc. D.I. 117, 134, and 157** |

## ORDER ON MOTIONS FOR SUMMARY JUDGMENT

Upon the *Motion for Summary Judgment* [Adv. Proc. D.I. 134] (the "Motion"), filed by the California State Lands Commission (the "Commission") and the State of California (the "State" and, together with the Commission, the "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding by Rule 7056 of the Federal Rules of Bankruptcy Procedure, for entry of an order granting summary judgment in favor of Defendants on all counts set forth in the *Plaintiff's First Amended Complaint for Inverse Condemnation* [Adv. Proc. D.I. 117] (the "FAC"); and upon *The Liquidating Trustee's Cross-*

---

[1] The Liquidating Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Venoco, LLC (3555). By order dated January 7, 2022 (D.I. 1279), the remaining debtors' chapter 11 case were closed: TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors"). The mailing address for the Liquidating Trust is: c/o Mannon Consulting LLC, PO Box 1564, West Chester, OH 45071

*Motion for Summary Judgment on Defendants' Police Power Affirmative Defense* [Adv. Proc. D.I. 157] (the "Cross-Motion"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding by Rule 7056 of the Federal Rules of Bankruptcy Procedure, for entry of an order granting summary judgment in favor of the above-captioned plaintiff in this adversary proceeding (the "Plaintiff") with respect to the police powers affirmative defense raise by Defendants; and the Court having reviewed the Motion, the Cross-Motion, and all briefing, affidavits, and declarations filed in connection therewith; and the Court having considered the arguments of counsel on February 16, 2022; and after due deliberation and sufficient cause appearing therefor, and for the reasons stated on the record on February 16, 2022 and March 2, 2022, it is **HEREBY ORDERED** that:

1. The Motion is DENIED without prejudice with respect to Count I of the FAC.

2. The Motion is GRANTED with respect to Count II of the FAC, and judgment is hereby entered in favor of the Defendants and against the Plaintiff on Count II of the FAC.

3. The Cross-Motion is DENIED without prejudice.

4. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.

Dated: March 7th, 2022
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE