# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VENOCO, LLC,<br><br>　　　　Liquidating Debtor.[1] | Chapter 11<br><br>Case No. 17-10828 (JTD) |
| EUGENE DAVIS, in his official capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br>　　　　Plaintiff,<br>　　v.<br><br>STATE OF CALIFORNIA and CALIFORNIA STATE LANDS COMMISSION,<br>　　　　Defendants. | Adv. Proc. No. 18-50908 (JTD)<br><br>**A.D.I. 250** |

## NOTICE OF PARTIES' SUPPLEMENTAL EXHIBIT LISTS AND OBJECTIONS THERETO

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On March 1, 2022, in accordance with the Final Pretrial Order (A.D.I. 256), Eugene Davis, as Liquidating Trustee (the "Trustee") of the Venoco Liquidating Trust, filed the *Notice of Parties' Exhibit Lists and Objections Thereto* (A.D.I. 250) providing the Trustee's and Defendants the State of California and California State Lands Commission (together, "Defendants," and collectively with the Trustee, the "Parties") respective lists of exhibits each may offer into evidence during the trial, with any objections noted.

---

[1] The Liquidating Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Venoco, LLC (3555). By order dated January 7, 2022 (D.I. 1279), the remaining debtors' chapter 11 case were closed: TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors"). The mailing address for the Liquidating Trust is: c/o Mannon Consulting LLC, PO Box 1564, West Chester, OH 45071.

2. Since then, the Parties have supplemented their respective exhibit lists with additional exhibits.

3. Attached hereto as **Exhibit A** is the Trustee's supplemental exhibit list with Defendants' objections to certain exhibits noted thereon.

4. Attached hereto as **Exhibit B** is Defendants' supplemental exhibit list with the Trustee's objections to certain exhibits noted thereon.

Dated: March 7, 2022
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: rdehney@morrisnichols.com
aremming@morrisnichols.com
mtalmo@morrisnichols.com

- and –

**BRACEWELL LLP**
Robert G. Burns (admitted *pro hac vice*)
1251 Avenue of Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6100
Email: Robert.Burns@bracewell.com

- and –

Mark E. Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Email: Mark.Dendinger@bracewell.com

- and-

Jason B. Hutt (admitted *pro hac vice*)
Brittany M. Pemberton (admitted *pro hac vice*)
2001 M Street, NW
Washington, District of Columbia 20036
Telephone: (202) 828-5850
Email: Jason.Hutt@bracewell.com
Brittany.Pemberton@bracewell.com

- and –

Bryan S. Dumesnil (admitted *pro hac vice*)
Nancy McEvily Davis (admitted *pro hac vice*)
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 221-1520
Email: Bryan.Dumesnil@bracewell.com
Nancy.Davis@bracewell.com

*Counsel for the Liquidating Trustee*