## Exhibit A

**Trustee's Exhibit List**

| Exhibit | DATE | DESCRIPTION | BATES | SOURCE | SLC EXHIBIT | Objection/Comment |
|---------|------|-------------|-------|--------|-------------|-------------------|
| | | INTENTIONALLY LEFT BLANK | | | | |
| P37 | 4/1/2018 | DRAFT Permit to Operate No. 7904-R11 and Part 70 Operating Permit No. 7903-R11 | | Spletter Reliance Materials | | |
| P38 | Nov-14 | Revised PRC 421 Recommissioning Project Final EIR Section 5.0 Project Alternatives Analysis | | Spletter Reliance Materials | | Hearsay, Relevance, Not Produced During Discovery |