## Exhibit B

**Defendants' Exhibit List**

| Exhibit Number | Beg Bates | Date | Description | Deposition Exhibit No. | Trustee's Objection |
|---|---|---|---|---|---|
| D-129 | SLC_0040298 | 8/26/2013 | Amendment of State Oil and Gas Leases PRC 421.1, PRC 3120.1, and PRC 3242.1 | | |
| D-130 | | 12/29/2014 | Transcript of Meeting of State of California Lands Commission on Deccember 17, 2014<br><br>Publicly available at https://www.slc.ca.gov/archives/?year_id=4" | | Hearsay; not produced in discovery |
| D-131 | | 12/17/2014 | California State Lands Comission Calendar Item 72: CONSIDER CERTIFICATION OF A FINAL ENVIRONMENTAL IMPACT REPORT (STATE CLEARINGHOUSE NO. 2005061013), ADOPTION OF FINDINGS, STATEMENT OF OVERRIDING CONSIDERATIONS, AND MITIGATION MONITORING PROGRAM; AND THE REVISED PRC 421 RECOMMISSIONING PROJECT ON STATE OIL AND GAS LEASE NO. PRC 421.1, BY VENOCO, INC., SANTA BARBARA COUNTY<br><br>Publicly available at https://www.slc.ca.gov/Meeting_Summaries/2014_Documents/12-17-14/Voting_Record.htm." | | Hearsay; not produced in discovery |