# Venoco, LLC (18-50908; TRIAL – Day 5)  3-11-2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jeffrey | Planck | California State Lands Commission | n/a |
| Robert | Dehney | Liquidating Trustee | Morris Nichols Arsht & Tunnell LLP |
| John (J.D.) | Taliaferro | California State Lands Commission | Loeb & Loeb LLP |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Bryan | Dumesnil | Plaintiff Gene Davis (Trustee) | Bracewell LLP |
| Pamela | Parrott | Venoco Liquidating Trustee | Bracewell LLP |
| Eugene | Davis | The Venoco Liquidating Trust | Pirinate Consulting |
| Winnie | Cai | City of Goleta | n/a |
| Nancy | Davis | Eugene Davis, Liquidating Trustee of the Venoco Liquidating Trust | Bracewell LLP |
| Nicolas | Serieys | Trustee | SLR International |
| Edward | Black | State of California | n/a (DOJ) |
| Marc | Cohen | California State Lands Commission | Loeb & Loeb LLP |
| Michael | Arnold | Eugene Davis, Liquidating Trustee of the Venoco Liquidating Trust | Hammock, Arnold, Smith & Company (Retained Expert) |
| Brittany | Pemberton | Venoco Liquidating Trust | Bracewell LLP |
| Law | Clerk | Law Clerk | |
| Jason | Hutt | Venoco Liquidating Trust | Bracewell LLP |
| Becky | Yerak | wall street journal | NEWS CORP |
| Alex | Loh | California State Lands Commission | Loeb & Loeb LLP |
| Robert | Johnston | Eugene Davis, Liquidating Trustee of the Venoco Liquidating Trust | Langan |
| Jennifer | Miller | Court Reporting | Reliable |
| Jennifer | Miller | Court reporter backup | Reliable |
| Ken | Listwak | California State Lands Commission | Troutman Pepper Hamilton Sanders LLP |
| Andrew | Remming | Liquidating Trustee | Morris Nichols Arsht & Tunnell LLP |
| Tim | Skillman | California State Lands Commission | CR3 Partners LLC |
| Mitchell | Rishe | State of California | n/a (DOJ) |
| David | Goesling | Eugene Davis, Liquidating Trustee of the Venoco Liquidating Trust | Stout Rissius Ross (Retained Expert) |
| Mark | Berkman | Venoco Liquidating Trust | Brattle Group |
| David | Fournier | California State Lands Commission | Troutman Pepper Hamilton Sanders LLP |

# Venoco, LLC (18-50908; TRIAL – Day 5)  3-11-2022

| | | | |
|---|---|---|---|
| Alicia | Clough | California State Lands Commission | Loeb & Loeb LLP |
| Seth | Blackmon | California State Lands Commission | n/a |
| Matthew | Talmo | Liquidating Trustee | Morris Nichols Arsht & Tunnell LLP |
| Joe | Fabel | California State Lands Commission | n/a |
| Crystal | Law | California State Lands Commission | Loeb & Loeb LLP |
| Larry | Huskins | Beacon West Energy Group, LLC | Beacon West Energy Group, LLC |
| Robert | Burns | Liquidating Trustee | Bracewell LLP |
| JaKayla | DaBera | n/a | |
| Mark | Dendinger | Eugene Davis, solely in his capacity as Liquidating Trustee of the Venoco Liquidating Trust | Bracewell LLP |
| Dan | Helfat | State of California | California DOJ |
| Kathy | Spletter | Eugene Davis, Liquidating Trustee of the Venoco Liquidating Trust | Stancil & Co. (Retained Expert) |
| Laura | Haney | Court | |
| Uday | Gorrepati | N/A (ABI Project) | |
| David | Harris | Santa Barbara County Air Pollution Control District | Santa Barbara County Air Pollution Control District |
| Brian | Loughnane | Liquidating Trustee | Morris Nichols Arsht & Tunnell LLP |
| Cliff | Carrillo | State Land Commision | Loeb & Loeb |
| Steven | Rosenthal | California State Lands Commission | Loeb & Loeb LLP |
| Robert | Ettinger | California State Lands Commission | Geosyntec Consultants |
| Joanna | Cline | California State Lands Commission | Troutman Pepper Hamilton Sanders LLP |
| Bradley | Lofgren | California State Lands Commission | Peregrine Realty Partners |
| Keith | Wenal | Beacon West Energy Group, LLC | Beacon West Energy Group, LLC |
| Gail | Verbano | Court Reporting | Reliable Court Reporting |
| Anne | Wells | City of Goleta | n/a |
| Jennifer | Lucchesi | California State Lands Commission | n/a |
| Ryan | Zukor | California State Lands Commission | Padre Associates |
| | | | |
| | | | |
| | | | |