# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| VENOCO, LLC, | Case No. 17-10828 (JTD) |
| Liquidating Debtor. | |
| EUGENE DAVIS, in his capacity as Liquidating Trustee of the Venoco Liquidating Trust, | |
| Plaintiff, | |
| v. | Adv. Pro. No 18-50908 (JTD) |
| STATE OF CALIFORNIA and CALIFORNIA STATE LANDS COMMISSION, | |
| Defendants. | |

## NOTICE OF FILING OF THE LIQUIDATING TRUSTEE'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

**PLEASE TAKE NOTICE** that on October 16, 2018, Eugene Davis, in his capacity as Liquidating Trustee (the "Trustee") of the Venoco Liquidating Trust, initiated this adversary proceeding against the State of California and California State Lands Commission, alleging claims for inverse condemnation under the Fifth Amendment of the United States Constitution and under California law.

**PLEASE TAKE FURTHER NOTICE** that beginning on March 7, 2022, the Court held a five-day trial on the merits of the Trustee's inverse condemnation claims.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Approving Stipulation Regarding Amended Post-Trial Briefing Schedule* (A.D.I. 278), attached hereto as **Exhibit A** is the Trustee's proposed findings of fact and conclusions of law.

| | |
|---|---|
| Date: May 9, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew O. Talmo*<br>Robert J. Dehney (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>mtalmo@morrisnichols.com<br><br>        -and-<br><br>**BRACEWELL LLP**<br>Robert G. Burns (admitted *pro hac vice*)<br>1251 Avenue of Americas, 49th Floor<br>New York, New York 10020-1104<br>Telephone: (212) 508-6100<br>Facsimile: (212) 508-6101<br>Robert.Burns@bracewell.com<br><br>        -and-<br><br>Mark E. Dendinger (admitted *pro hac vice*)<br>CityPlace I, 34th Floor<br>185 Asylum Street<br>Hartford, Connecticut 06103<br>Telephone: (860) 947-9000<br>Mark.Dendinger@bracewell.com<br><br>        -and-<br><br>Jason B. Hutt (admitted *pro hac vice*)<br>Brittany M. Pemberton (admitted *pro hac vice*)<br>2001 M Street, NW<br>Washington, District of Columbia 20036<br>Telephone: (202) 828-5850<br>Facsimile: (202) 857-2114<br>Jason.Hutt@bracewell.com<br><br>        -and- |

Bryan S. Dumesnil (admitted *pro hac vice*)
Nancy McEvily Davis (admitted *pro hac vice*)
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713)-221-1520
Bryan.Dumesnil@bracewell.com
Nancy.Davis@bracewell.com

*Counsel for the Liquidating Trustee*