# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| VENOCO, LLC, | ) | Case No. 17-10828 (JTD) |
| | ) | |
| <u>     Liquidating Debtor.     </u> | ) | |
| | ) | |
| EUGENE DAVIS, in his capacity as Liquidating Trustee of the Venoco Liquidating Trust, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 18-50908 (JTD) |
| | ) | |
| STATE OF CALIFORNIA and CALIFORNIA STATE LANDS COMMISSION, | ) ) | |
| | ) | |
| <u>     Defendants.     </u> | ) | **Re:  Adv. D.I. 286** |

## FINAL JUDGMENT[1]

For the reasons set forth in the Court's Opinion dated August 23, 2022 (Adv. D.I. 286), the Court enters final judgment in favor of the Defendants on Count I of the Amended Complaint.[2]

Dated: August 23, 2022

_____
JOHN T. DORSEY, U.S.B.J.

---

[1] As noted in the Court's Opinion issued this same day, the Court previously ruled that core jurisdiction exists in this case and that ruling remains the law of the case.  D.I. 34, 35, and 86.

[2] Summary Judgment was previously granted in favor of the Defendants on Count II of the Amended Complaint.  Adv. D.I. 261.